No. 71–728. DAVISON *v.* FLORIDA. Sup. Ct. Fla. Reported below: 251 So. 2d 841; and

No. 72–1120. COTE *v.* UNITED STATES. C. A. 5th Cir. Reported below: 470 F. 2d 755. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Miller* v. *California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft. Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE DOUGLAS would grant certiorari and reverse the judgment in each case. See *Miller* v. *California, ante,* p. 37. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would deny certiorari.